UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KEVIN WOODARD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:23-cv-00031 |
| | ) |
| MACON COUNTY, TENNESSEE, | ) |
| JOSEPH WILBURN, individually and in | ) |
| his official capacity as Sheriff of Macon | ) |
| County, Tennessee, | ) |
| | ) |
| Defendants. | ) |

### ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 17). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE